IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

---

Civil Action No.   08-cv-02564-PAB-BNB                Date: July 6, 2009
Courtroom Deputy: Geneva D. Mattei                    FTR BNB COURTROOM A-401

---

JEFFREY SCHILLING,                                    Darold Killmer
                                                      Sara Rich

      Plaintiff(s),

v.

WESTPEAK GLOBAL ADVISORS, L.P., and                   Raymond Martin
NATIXIS GLOBAL ASSET MANAGEMENT, L.P.,
formerly known as
Ixis Asset Management North America L.P.

      Defendant(s).

---

### COURTROOM MINUTES

---

**HEARING: MOTIONS**

Court in Session:     8:36 a.m.

Appearance of counsel. Plaintiff, Kathy Karazia and Debbie Gamel also present.

Court's opening remarks.

Argument presented.

**ORDERED:   Motion for protective order and to limit scope of depositions filed 6/15/09 Doc. [31] is granted in part and denied in part as stated on the record.**

Court in Recess      9:18 a.m.      Hearing concluded.    Total time in Court:   00:42

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.